UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FLORENCE ANSAH,                                                    :
:
                             Plaintiff,                 :
:     21-CV-5045 (JMF)
            -v-                                           :
:          ORDER
ANDREW SAUL, COMMISSIONER OF SOCIAL :
SECURITY,                                                          :
:
                           Defendant.                  :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated June 9, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 6.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on September 8, 2021.  *See* ECF No. 8.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 21, 2021**.

       SO ORDERED.

Dated: October 14, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge