UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                               :
FLORENCE ANSAH,                      :
                               :
                       Plaintiff,       :         21-CV-5045 (JMF) (JW)
                               :
                -v-                          :         <u>ORDER ADOPTING</u>
                               :              <u>REPORT AND</u>
KILOLO KIJAKAZI, ACTING COMMISSIONER OF   :       <u>RECOMMENDATION</u>
SOCIAL SECURITY,[1]
                               :
                    Defendant.       :
                               :
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

        The Court referred these cross-motions for judgment on the pleadings to Magistrate Judge Willis for a Report and Recommendation. *See* ECF No. 7. In the Report and Recommendation filed on August 10, 2022, Magistrate Judge Willis recommended that Plaintiff's motion for judgment on the pleadings be DENIED and that the Acting Commissioner's cross-motion be GRANTED. *See* ECF No. 27 ("R&R").

        In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that

---

[1]     Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Commissioner Kilolo Kijakazi is automatically substituted for Andrew Saul as Defendant. The Clerk of Court is directed to update the docket accordingly.

there is no clear error on the face of the record.  *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).  This clearly erroneous standard also applies when a party makes only conclusory or general objections, or simply reiterates his original arguments.  *See, e.g.*, *Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008).

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections and warned that failure to timely file such objections would result in waiver of any right to object.  *See* R&R 14.  In addition, the Report and Recommendation expressly called the parties' attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  *Id.*  Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Plaintiff has waived the right to object to the Report and Recommendation or to obtain appellate review.  *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law.  Accordingly, the Report and Recommendation is ADOPTED in its entirety.

The Clerk of Court is directed to terminate ECF Nos. 17 and 23; to substitute Kilolo Kijakazi, Acting Commissioner of the Social Security Administration as Defendant; and to close the case.

SO ORDERED.

Dated: August 26, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge