UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FLORENCE ANSAH,

                       Plaintiff,                      21 **CIVIL** 5045 (JMF) (JW)

-against-                          **JUDGMENT**

KILOLO KIJAKAZI,
  ACTING COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 26, 2022, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is ADOPTED in its entirety; accordingly, this case is closed.

**Dated:** New York, New York
            August 26, 2022

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
                         **BY:**
                                             **Deputy Clerk**